# UNITED STATES DISTRICT COURT

for the

District of

Division

Jacob Rea'Shaw Herndon

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Union Station ~~Amtrak~~

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **4:22-cv-1090**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jacob Rea'Shaw Herndon |
| Street Address | P.O. Box 3183 |
| City and County | ~~Hous~~ Bellaire Harris |
| State and Zip Code | Texas 77402 |
| Telephone Number | 832 792-1523 |
| E-mail Address | HerndonJacob8019@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

    b. If the defendant is a corporation

The defendant, *(name)* Union Station Washington DC, is incorporated under the laws of the State of *(name)* Washington DC, and has its principal place of business in the State of *(name)* Washington DC. Or is incorporated under the laws of *(foreign nation)* United States of America and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Defendant Violate Plaintiff Right and Assault

10 million for Damage 10 million for Metal Anguish.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Herndon was illegal Seized and assault falsely accused of crime that Had Never Been Committed Civil violation include Tamper with the Civil Appeal

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As said 30 million would cover cost and Damages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-2-22

Signature of Plaintiff [signature]

Printed Name of Plaintiff Jacob Rea'Shaw Henderson

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ________

Street Address ________

State and Zip Code ________

Telephone Number ________

E-mail Address ________

[illegible]

**NO PAPER / NO CHARGES SLIP**

[illegible]

[X] NO CHARGE

[X] RELEASE DEFENDANT FROM CUSTODY [illegible]

[illegible]

Assistant United States Attorney/Paralegal

| | | | |
|---|---|---|---|
| Name: | HERNDEN, JACOB [illegible] | | [illegible] |
| [illegible] | [illegible] | MRN: | [illegible] |
| DOB: | [illegible] | Acct No.: | [illegible] |
| [illegible] Date/Time: | 09/2[illegible]/2021 1[illegible] | Age/Sex: | [illegible]/M |
| [illegible] | [illegible] | Att Dr: | PHYSICIAN, [illegible] |
| | | Rm & Bed: | [illegible] |
| [illegible] | No Known Allergies, No Known Drug Allergies, No Known Food Allergies | | |

**Discharge Instructions**

| | | | |
|---|---|---|---|
| [illegible] Status: | Complete | [illegible] Date/Time: | 09/2[illegible]/2021 20[illegible] |
| [illegible] By: | Christopher [illegible] Smith, MD | | |

ED Discharge Instructions

| | | | |
|---|---|---|---|
| ED Departure Date/Time: | 09/2[illegible]/2021 [illegible] | Primary Care Giver: | Smith, Christopher, MD |
| [illegible] | [illegible] | [illegible]: | [illegible] |
| Additional Follow-up Caregivers: | FAMILY MEDICINE - Physician Office - Family Medicine [illegible] Tower, Ste [illegible] 2041 Georgia Avenue, NW, Washington, DC 20060 - 202-[illegible] All Departments | | |

# General Assault

Assault includes any behavior or physical attack—whether it is on purpose or not—that results in injury to another person, damage to property, or both. This also includes assault that has not yet happened, but is planned to happen, as well as threats that cause fear of assault. Threats of assault may be physical, verbal, or written. They may be spoken or sent by:

- Mail.
- E-mail.
- Text.
- Social media.
- Fax.

The threats may be direct, implied, or understood.

## What are the different forms of assault?

Forms of assault include:

- Physically assaulting a person. This includes physical threats to inflict physical harm as well as:
  - Slapping.
  - Hitting.
  - Poking.
  - Kicking.
  - Punching.
  - Pushing.
- Sexually assaulting a person. Sexual assault is any sexual activity that a person is forced, threatened, or coerced to participate in. It may or may not involve physical contact with the person who is assaulting you. You are sexually assaulted if you are forced to have sexual contact of any kind.
- Damaging or destroying a person's assistive equipment, such as glasses, canes, or walkers.
- Throwing or hitting objects.
- Using or displaying a weapon to harm or threaten someone. Examples of weapons may include guns, knives, sticks, or bats.
- Using or displaying an object that appears to be a weapon in a threatening manner.
- Using greater physical size or strength to intimidate someone.
- Making intimidating or threatening gestures.
- Bullying.
- Hazing.
- Using language that is intimidating, threatening, hostile, or abusive.
- Stalking.
- Restraining someone with force.

[illegible] Services Corporation. All rights reserved.